UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA BLEA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | 3:14-cv-00582-RJC-VPC<br><br>**ORDER** |

Pending before the court is plaintiffs' motion for remand or reversal (#11), defendant's cross-motion to affirm and opposition (#s 15/16), and plaintiff's reply and opposition (#s 17/18).

## I.   BACKGROUND

On June 23, 2011, Andrea Blea ("plaintiff") protectively filed claims for Social Security Disability Insurance ("SSDI") and Supplemental Security Income ("SSI") benefits under Title II and Title XVI of the Social Security Act. (Administrative Record ("AR") 200–211.)  In both applications, plaintiff alleged her disability commenced on July 9, 2010. (*Id.*)  The Social Security Administration denied plaintiff's applications in the first instance on October 27, 2011, and upon reconsideration on March 29, 2012. (*Id.* at 120–24, 126–30.)

On January 16, 2013, plaintiff and her attorney appeared at a hearing before Administrative Law Judge ("ALJ") Eileen Burlinson. (*Id.* at 39–78.)  The ALJ issued a written decision on April 23, 2013, finding that plaintiff had not been disabled at any time between June 9, 2010 and the date of the decision. (*Id.* at 21–32.)  Plaintiff appealed, and the Appeals Council denied review on September 18, 2014. (*Id.* at 1–4.)  Accordingly, the ALJ's decision became the final decision of the Commissioner ("defendant").  Having exhausted all administrative remedies, plaintiff filed a complaint for judicial review on December 18, 2014 (#3).

## II. DISCUSSION

Pursuant to Local Rule 7–4 of the Local Rules of Civil Practice for the District of Nevada, "pretrial and post-trial briefs and points and authorities in support of, or in response to, motions shall be limited to thirty (30) pages including the motion but excluding exhibits," unless the court permits otherwise. "Where the Court enters an order permitting a longer brief or points and authorities, the papers shall include a table of contents and table of authorities." LR 7–4.

Plaintiff's motion is thirty-six pages, and includes no exhibits or tables. (#11.) Plaintiff did not request, and the court has not granted, leave to file excess pages. Accordingly, the court denies plaintiff's motion for remand or reversal without prejudice, with leave to re-file in accordance with Local Rule 7–4. If plaintiff wishes to re-file the motion in excess of the page limit, she may file a motion requesting leave to do so, with an explanation of why good cause exists to grant the motion.

## III. CONCLUSION

**IT IS THEREFORE ORDERED** that plaintiff's motion (#11) is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that plaintiff shall refile her motion for remand or reversal by **November 20, 2015**.

**IT IS SO ORDERED.**

**DATED**: November 12, 2015.

_____
**UNITED STATES MAGISTRATE JUDGE**